1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Instructions for use:**

1. Check the  above box "Highlight Fields" to show fields on this form.
2. Complete the form.
3. Sign with "s/" if appropriate, save the form, and file it electronically. OR
4. Print, sign the document, scan, and file.

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

Plaintiff(s),

v.

Defendant(s).

NOTICE OF CIVIL APPEAL

(Case Number)

(District Court Judge)

Notice is hereby given that

(Name of Appellant)

appeals to the United States Court of Appeals for the Ninth Circuit from

(Name of Order/Judgment)

entered in this action on

(Date of Order)

Dated

Name, Address and Phone Number of Counsel for Appellant
or Appellant/*Pro Se*

**NOTICE OF CIVIL APPEAL**